## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**PHILIP P. FREDERIC**
**ADC # 167147**                                                                                    **PETITIONER**

**v.**                                    **Case No. 4:24-cv-00428-KGB**

**DEXTER PAYNE, Director, ADC**                                              **RESPONDENT**

### ORDER

Before the Court is *pro se* petitioner Philip P. Frederic's motion to withdraw case without prejudice (Dkt. No. 8).  Mr. Frederic represents that he wishes to have his case dismissed without prejudice because he has filed a Post-Conviction Petition pursuant to Arkansas Rule of Criminal Procedure 37.1 in Faulkner County, Arkansas Circuit Court and intends to prosecute his state court case until he has "exhausted all available State remedies" (*Id.*).  For good cause shown, the Court grants the motion (*Id.*).  The Court therefore declines to adopt the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5) and denies as moot Mr. Frederic's pending motion to disqualify (Dkt. No. 6).  This case is dismissed without prejudice.

It is so ordered this 27th day of January, 2025.

Kristine G. Baker
Chief United States District Judge